FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority    ✓
Send        ✓
Enter       ✓
Closed      ____
JS-5/JS-6   ____
JS-2/JS-3   ____
Scan Only   ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EMMANUEL T. BULL, | No. CV 07-05537-TJH (VBK) |
| Petitioner, | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| T. OCHOA, | |
| Respondent. | |

Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's Traverse and Supplemental Memorandum, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: 5/29/08

TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE