FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EMMANUEL T. BULL, | No. CV 07-05537-TJH (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| T. OCHOA, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 5/29/08

TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE